No. 96–7511. WHEELER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7525. ECKLES v. CONSOLIDATED RAIL CORPORATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7535. BENTSEN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7542. BARRETT v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7549. TIERNEY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 96–7550. WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 96–7553. PERRY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 96–7555. SIDLES v. LEWIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7556. RUSSELL v. ROBERTSON COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7562. PAYNE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 96–7566. HAMPTON v. KILLINGER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7568. GRANT v. RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7571. WILSON v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 96–7572. WARREN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–7576. LOVETT v. MINNESOTA DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.